UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

| | | | |
|---|---|---|---|
| **CASE NO.:** | CV 14-06477 SJO | **DATE:** | March 31, 2015 |
| **TITLE:** | Alphonso Eugene Foster v. United States of America<br>CR 07-01322 SJO | | |

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                                    Not Present
Courtroom Clerk                                     Court Reporter

**COUNSEL PRESENT FOR PETITIONER:**         **COUNSEL PRESENT FOR RESPONDENT:**

Not Present                                         Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF** [Docket No. 18]

This matter comes before the Court on Petitioner Alphonso Eugene Foster's ("Petitioner") Motion for an Extension of Time in which to File a Traverse in Opposition to Respondent's Reply ("Motion for Extension"). On August 18, 2014, Petitioner filed a Motion to Vacate, Set Aside or Correct Sentence ("Motion to Vacate"), pursuant to 28 U.S.C. § 2255. On August 22, 2014, the Court set a briefing schedule under which Respondent the United States of America's (the "Government") Opposition was due on September 22, 2014, and Petitioner's Reply, if any, was due on October 22, 2014. (*See* Order of August 22, 2014, ECF No. 4.) The Government requested four extensions of time to file its Opposition, and the Court granted each one, with the third extension providing that the Government's Opposition must be filed by February 20, 2015, and Defendant's optional reply brief must be filed by March 23, 2015. (*See* Order of February 16, 2015, ECF No. 17.) The Government timely filed its Opposition on February 20, 2015.

On March 12, 2015, Petitioner filed the instant Motion for Extension, seeking an extension of time to file his optional Reply brief due to unavailability of the prison law library and because of additional time needed to adequately conduct legal research. (*See generally* Mot. for Extension.)

The Court finds that good cause exists to modify the briefing schedule and **GRANTS** Petitioner's Motion for Extension. Petitioner shall file his Reply, if any, on or before **Monday, June 22, 2015**.

IT IS SO ORDERED.